RULE 7.1.1 CERTIFICATION

  I hereby certify that I have neither sought nor obtained the consent of the petitioner, who is incarcerated and appearing *pro se*, to the subject matter of this motion.

               /s/ Elizabeth R. McFarlan
               Deputy Attorney General

               Counsel for Respondents

Date:  March 31, 2005