IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **BRIAN TURNER**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 04-1561-KAJ |
| | : | |
| **THOMAS L. CARROLL**, | : | |
| Warden, and **M. JANE BRADY**, | : | |
| Attorney General for the State of | : | |
| Delaware, | : | |
| | : | |
| Respondents. | : | |

**NOTICE OF FILING OF STATE COURT RECORDS**

1. Notice is hereby given that the certified copies of the following of the Delaware Supreme Court documents have been manually filed with the Court and are available in paper form only:

   a. Amended Opening Brief & Appendix (No. 621, 2002)

   b. Answering Brief (No. 621, 2002)

   c. Reply Brief (No. 621, 2002)

   d. Opinion (June 19, 2003) (No. 621, 2002)

   e. Opening Brief & Appendix (No. 25, 2004)

   f. Answering Brief (No. 25, 2004)

    g. Reply Brief (No. 25, 2004)

    h. Order (July 6, 2004) (No. 25, 2004).

/s/ Elizabeth R. McFarlan
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 3759
elizabeth.mcfarlan@state.de.us

May 11, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2005, I electronically filed a notice of filing of state court records with the Clerk of Court using CM/ECF and manually filed the state court records referenced therein. I also hereby certify that on May 11, 2005, I have mailed by United States Service, two copies of the notice and one copy of the documents referenced therein to the following non-registered participant:

    Brian Turner
    SBI No. 252136
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, DE 19977

    /s/ Elizabeth R. McFarlan
    Deputy Attorney General
    Department of Justice
    820 N. French Street
    Wilmington, DE 19801
    (302) 577-8500
    Del. Bar. ID No. 3759
    elizabeth.mcfarlan@state.de.us