IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIAN TURNER, ) <br> ) <br>     Petitioner, ) <br> ) <br>v. ) <br> ) <br>THOMAS CARROLL, Warden, and ) <br>CARL C. DANBERG, Attorney General ) <br>of the State of Delaware, ) <br> ) <br>     Respondents. ) | Civ. A. No. 04-1561-KAJ |

**ORDER**

For the reasons set forth in the Memorandum Opinion issued in this action today, IT IS HEREBY ORDERED that:

    1.    Brian Turner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is DENIED. (D.I. 1)

    2.    A certificate of appealability will not be issued. See 28 U.S.C. § 2253(c)(2).

                                            /s/ Kent A. Jordan
                                         UNITED STATES DISTRICT JUDGE

June 27, 2006
Wilmington, Delaware