NOTICE OF APPEAL
TO
U.S. COURT OF APPEALS, THIRD CIRCUIT

U.S. District Court for the District of Delaware

CIRCUIT COURT DOCKET NUMBER: _____ (leave blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

DISTRICT COURT DOCKET NUMBER: Civ. A. No. 04-1561-KAJ

Brian Turner

v.

DISTRICT COURT JUDGE: Kent Jordan

Thomas Carroll, Warden, and Carl C. Danberg Attorney General

Notice is hereby given that Brian Turner (Named Party)

appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment, [X] Order,

[ ] Other (specify) Habeas Corpus Petition

entered in this action on June 27, 2006 (date)

Dated: 7-13-06

FILED
JUL 20 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BO scanned

Brian Turner (Pro Se)
(Counsel for Appellant-Signature)

Brian Turner (Pro Se)
(Name of Counsel - Typed)

Delaware Correctional Center 1181 Paddock Road
(Address)

Smyrna, DE 19977
(City, State Zip)

Carl C. Danberg
(Counsel for Appellee)

Attorney General Office
(Address)

Wilmington DE 19801
(City, State Zip)

(Telephone Number)   (Telephone Number)

NOTE: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.



I/M Brian Turner
SBI# 252136   UNIT V C-Tier Cell #4
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington Delaware
19801-3570