# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

04-1561

TO: Brian Turner    SBI#: 252136

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: July 13, 2006

FILED
JUL 20 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Attached are copies of your inmate account statement for the months of January 1, 2006 to June 30, 2006.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Jan | 4.43 |
| Feb | 3.42 |
| March | 4.59 |
| April | 5.76 |
| May | 6.55 |
| June | 10.11 |

Average daily balances/6 months: 6.18

Attachments
CC: File

Stacy Shane
7/13/06

7/13/06

# Individual Statement

### For Month of January 2006

Date Printed: 7/13/2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.03 |
|---|---|---|---|---|---|---|
| 00252136 | Turner | Brian | | | | |

Current Location: V

Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Wage-1099 | 1/3/2006 | $38.40 | $0.00 | $0.00 | $38.43 | 202787 | | | |
| Canteen | 1/5/2006 | ($20.13) | $0.00 | $0.00 | $18.30 | 204954 | | | |
| Canteen | 1/12/2006 | ($17.68) | $0.00 | $0.00 | $0.62 | 207607 | | | |
| Medical | 1/13/2006 | $0.00 | ($4.00) | $0.00 | $0.62 | 208073 | | V BLDG 11/24-12/23/0 | 12/19/05 |
| Medical | 1/13/2006 | ($0.62) | ($3.38) | $0.00 | $0.00 | 208212 | | | 12/19/05 |

Ending Mth Balance: $0.00

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

## For Month of February 2006

Date Printed: 7/13/2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00252136 | Turner | Brian | | | | |

Current Location: V

Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Wage-1099 | 2/1/2006 | $38.40 | $0.00 | $0.00 | $38.40 | 214950 | | | |
| Canteen | 2/2/2006 | ($26.13) | $0.00 | $0.00 | $12.27 | 217198 | | | |
| Medical | 2/3/2006 | ($3.38) | $0.00 | $0.00 | $8.89 | 218535 | | V BLDG 12/24/05-1/23 | |
| Pay-To | 2/6/2006 | ($3.00) | $0.00 | $0.00 | $5.89 | 218735 | 12/19/05 | MASJID MUHAMMAD | |
| Canteen | 2/9/2006 | ($5.85) | $0.00 | $0.00 | $0.04 | 221194 | | | |

Ending Mth Balance: $0.04

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

## For Month of March 2006

Date Printed: 7/13/2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.04 |
|---|---|---|---|---|---|---|
| 00252136 | Turner | Brian | | | | |
| Current Location: | V | | | Comments: | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Wage-1099 | 3/1/2006 | $38.40 | $0.00 | $0.00 | $38.44 | 229334 | | V BLDG 1/24-2/23/06 | |
| Canteen | 3/2/2006 | ($31.23) | $0.00 | $0.00 | $7.21 | 230195 | | | |
| Canteen | 3/16/2006 | ($7.03) | $0.00 | $0.00 | $0.18 | 237715 | | | |

Ending Mth Balance: $0.18

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

Date Printed: 7/13/2006

## For Month of April 2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.18 |
|---|---|---|---|---|---|---|
| 00252136 | Turner | Brian | | | | |
| Current Location: | V | | | Comments: | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Wage-1099 | 4/3/2006 | $38.40 | $0.00 | $0.00 | $38.58 | 243949 | | V. BLDG - 2/24-3/23/ | |
| Canteen | 4/6/2006 | ($30.62) | $0.00 | $0.00 | $7.96 | 246511 | | | |
| Canteen | 4/13/2006 | ($7.83) | $0.00 | $0.00 | $0.13 | 249551 | | | |
| Medical | 4/21/2006 | $0.00 | ($4.00) | $0.00 | $0.13 | 253742 | | 4/5/06 | |
| Medical | 4/21/2006 | ($0.13) | ($3.87) | $0.00 | $0.00 | 254014 | | 4/5/06 | |

Ending Mth Balance: $0.00

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

## For Month of May 2006

Date Printed: 7/13/2006    Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00252136 | Turner | Brian | | | | |

Current Location: V    Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Wage-1099 | 5/1/2006 | $38.40 | $0.00 | $0.00 | $38.40 | 257127 | | | |
| Canteen | 5/4/2006 | ($30.37) | $0.00 | $0.00 | $8.03 | 259623 | | V BLDG 3/24-4/23/06 | |
| Medical | 5/11/2006 | ($3.87) | $0.00 | $0.00 | $4.16 | 262647 | | 4/5/06 | |
| Canteen | 5/18/2006 | ($3.98) | $0.00 | $0.00 | $0.18 | 265517 | | | |

Ending Mth Balance: **$0.18**

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

## For Month of June 2006

Date Printed: 7/13/2006                                                                 Page 1 of 1

| SBI | Last Name | First Name | MI | Snffix | Beg Mth Balance: | $0.18 |
|---|---|---|---|---|---|---|
| 00252136 | Turner | Brian | | | | |
| Current Location: | V | | | Comments: | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Wage-1099 | 6/1/2006 | $38.40 | $0.00 | $0.00 | $38.58 | 273646 | | V BLDG 4/24-5/23/06 | |
| Canteen | 6/8/2006 | ($34.21) | $0.00 | $0.00 | $4.37 | 276830 | | | |
| Canteen | 6/15/2006 | ($4.20) | $0.00 | $0.00 | $0.17 | 280058 | | | |

Ending Mth Balance:  $0.17

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00