IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

BRIAN TURNER,                                              )
                                                           )
       Petitioner,                                        )
                                                           )
v.                                                         )   Civ. A. No. 04-1561-KAJ
                                                           )
THOMAS CARROLL, Warden, and                                )
CARL C. DANBERG, Attorney General                          )
of the State of Delaware,                                  )
                                                           )
       Respondents.                                       )

ORDER

At Wilmington this 11th day of August, 2006;

IT IS ORDERED that:

Petitioner Brian Turner's motion to proceed *in forma pauperis* on appeal is GRANTED. (D.I. 17.); See Federal Rule of Appellate Procedure 24(a).

_____
UNITED STATES DISTRICT JUDGE