OFFICE OF THE CLERK

**MARCIA M. WALDRON**    **UNITED STATES COURT OF APPEALS**    TELEPHONE
CLERK    FOR THE THIRD CIRCUIT    215-597-2995
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

*Delaware*        Clerk of District Court      Date *April 17, 2007*
(District)

*Turner v. Carroll*      C. of A. No. *06-3485*
(Caption)

*Brian Turner*
(Appellant)

*04-cv-01561*
(D.C. No.)

Enclosures:

_____ Certified copy of

\* *XX*    Record returned. Document Nos 1-5.

\* _____ Supplemental Record

\* _____ Exhibits

\* _____ State Court Record

_____ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not returned at this time until appeal(s) closed at No.(s)_____

_____ Please forward Record to this office.

_____ The certified copy of order issued as the mandate on_____
is recalled.

                             *Shannon L. Craven*     (267)-299-*4959*
                                 Deputy Clerk        Telephone Number

\* _____ (267)-299-*4937*
                              Record Processor     Telephone Number

Receipt Acknowledge:

*E Strickler*
(Name)
*4/18/07*
(Date)

Rev. 3/13/00
Appeals (Record)